UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELINA ARIZAGA,<br><br>　　　　　　　　Defendant. | Case No.: **16CR2554-JLS**<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

　　Upon motion of the United States of America and good cause appearing, the Indictment in the above entitled case is dismissed without prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

　　IT IS SO ORDERED.

Dated:  January 24, 2017

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge